Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| APRIL CABANA,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; ARMOR HOLDINGS, INC. GROUP EMPLOYEE BENEFIT PLAN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. ED CV 13-01741 GAF (DTBx)<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

Judgment is hereby entered in favor of Plaintiff April Cabana ("Plaintiff") and against Defendant Reliance Standard Life Insurance Company ("Reliance Standard"), in accordance with the terms of the Court's Memorandum and Order Regarding Bench Trial. (Docket No. 37). As such, the Court overturns Reliance Standard's denial of Plaintiff's claim for long term disability benefits.

Reliance Standard is ordered to pay past due benefits in the amount of $70,299.60. This amount is inclusive of any prejudgment interest to which Plaintiff may be entitled on past due benefits and this amount is due to Plaintiff no later than

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No. ED CV 13-01741 GAF (DTBx)
PROPOSED JUDGMENT

1  30 days of the date that this Judgment is entered.  This court remands this action back
2  to Reliance Standard and Reliance Standard is ordered to continue making benefit
3  payments to Plaintiff as long as she remains disabled under the terms of the Armor
4  Holdings, Inc. Group Employee Benefit Plan (the "Plan").

5      As Plaintiff is the prevailing party in this litigation, she may apply to the Court
6  for an award of attorney fees and recovery of costs of action. Pursuant to the
7  stipulation by the Parties, any application for an award of attorney fees and recovery
8  of costs of action is due no later than December 19, 2014.

9  **IT IS SO ORDERED, ADJUDGED AND DECREED.**

10  Dated:  November 3, 2014

*[signature: Gary Feess]*

**JS-6**

———————————————————
Hon. Gary A. Feess
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2

Case No.  ED CV 13-01741 GAF (DTBx)
PROPOSED JUDGMENT